DEFENDANT:        HUMZAH MASHKOOR

AGE/YOB:                18/2005

COMPLAINT FILED?        X  Yes        ___ No

   If Yes, MAGISTRATE CASE NUMBER 23-MJ-214-NRN

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   X  Yes     ___No

OFFENSE(S):        18 U.S.C. § 2339B (Attempt to Provide Material Support or Resources to a Designated Foreign Terrorist Organization)

LOCATION OF
OFFENSE:        Adams and Denver Counties, Colorado

PENALTY:        NMT 20 years' imprisonment; NMT lifetime supervised release, NMT $250,000 fine; $100 Special Assessment

AGENT:        Kathryn Kempema
        Special Agent, Federal Bureau of Investigation

AUTHORIZED BY:  Laura Cramer-Babycz
        Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

____ five days or less      X    over five days

THE GOVERNMENT **will** seek detention in this case based on 18 U.S.C. § 3142(f)(1)(A)

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:        _____ Yes      X  No