# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## Magistrate Judge N. Reid Neureiter

Case No. ____24-cr-00018-RMR-1____    Date __January 13, 2025__

Case Title ____United States of America v. Humzah Mashkoor____

## DEFENDANT'S WITNESS LIST FOR MOTION HEARING

| WITNESS (MAY/WILL) | PROPOSED LENGTH OF TESTIMONY | | |
|---|---|---|---|
| Dr. Laurie Sperry (May) | Direct: 25 minutes | Cross: _____ | Total: _____ |
| Dr. Stephen N. Xenakis (May) | Direct: 25 minutes | Cross: _____ | Total: _____ |
| Mustarah Smith (May) | Direct: 25 minutes | Cross: _____ | Total: _____ |
| Peter Smith (May) | Direct: 25 minutes | Cross: _____ | Total: _____ |

Dated: January 7, 2025.

*s/ Carey Bell*
Kathryn Stimson, #36783
Carey Bell, #53707
STIMSON LABRANCHE HUBBARD, LLC
1652 Downing Street
Denver, CO 80218
Phone:   720.689.8909
stimson@slhlegal.com
bell@slhlegal.com
*Attorneys for Humzah Mashkoor*

**Certificate of Service**

I certify that on January 7, 2025, I electronically filed the foregoing *Defendant's Witness List for Motion Hearing* with the Clerk of Court using the PACER e-filing system.


s/ Andres L. Varas
Andres L. Varas