IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Regina M. Rodriguez**

| | |
|---|---|
| Criminal Action No.: 24-cr-00018-RMR | Date: January 30, 2026 |
| Courtroom Deputy: Kally Myhaver | Court Reporter: Jessica Anderson |

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. HUMZAH MASHKOOR,

    Defendant.

*Counsel:*

Laura Cramer-Babycz
Jasand Mock

Kathryn Stimson
Jamie Hughes Hubbard

---

## COURTROOM MINUTES

---

**CHANGE OF PLEA HEARING**

**1:06 p.m.**    **Court in session.**

Court calls case. Appearances of counsel.  Defendant present on bond.

Defendant sworn.

The Plea Agreement (Court Exhibit 1), and Statement by Defendant in Advance of Plea of Guilty (Court Exhibit 2), are tendered to the court.

Defendant advised of appellate rights, penalties, sentencing guidelines, trial rights, and other constitutional rights.

Defendant enters a plea of guilty to Count 1 of the Information of the admits to the forfeiture allegation.

Court states its findings of fact and conclusions of law.

**ORDERED:**  Court Exhibits 1 and 2 are admitted.

**ORDERED:**  Defendant's plea of guilty is accepted.

**ORDERED:**  The Court defers approval of the Plea Agreement pending review of the Presentence Investigation Report.

**ORDERED:**  The Probation Department shall conduct a presentence investigation and file a presentence report.

**ORDERED:**  Sentencing is set for **April 2, 2026 at 3:00 p.m.** in Courtroom A901 before Judge Regina M. Rodriguez.

**ORDERED:**  Counsel shall file their sentencing positions and all motions at least 14 days before the sentencing date.  Responses or objections shall be filed no later than 7 days before the sentencing date.

**ORDERED:**  Trial set for July 6, 2026 in Courtroom A901 before Judge Regina M. Rodriguez, and all dates other than the Sentencing date are VACATED.

**ORDERED:**  Defendant's bond is continued pending sentencing.

**1:57 p.m.**     **Court in recess.**

Hearing concluded.
Total time in court:    00:56